M. EVELYN KEEFE, Respondent, v. NATIONAL CITY BANK OF NEW YORK et al., Appellants.— Judgment and order so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARTHA ROBINSON et al., Respondents, v. SALMON REALTY CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 745.]

LEW WALD, Respondent, v. JOSEPH KANNER et al., Appellants.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements to the respondent, with leave to the defendants to answer within twenty days after service of a copy of order with notice of entry, on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of CECILIA MOYNAGH, as Administratrix of the Estate of PETER MOYNAGH, Deceased, Appellant. MATTHEW J. MOYNAGH et al., Appellants; MARY A. FOLEY, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EVA NATHAN et al., Respondents, v. STRATFORD HOLDING CORPORATION, Appellant, et al., Defendants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PATRICIA SHEA, Respondent, v. NORBERT E. HAMM, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EGON NEUSTADT, Appellant, v. JOHN O. MCCALL, as Chairman and President of International Association for Dental Research, New York Section, et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Widening of East River Drive from East 100th Street to East 102d Street, etc. GEORGE W. CORNELL, as Administrator C. T. A. of the Estate of WILLIAM H. SCHMOHL, Deceased, as Assignee, Respondent.— Final decree so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and direct payment of the award to the City of New York.

EDWARD A. GREENSPON, Respondent, v. E. R. SQUIBB & SONS, Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements to the respondent, with leave to the defendant to answer within ten days after service of a copy of order with notice of entry, on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM REGINE, Appellant, v. UNITED STATES TRUCKING CORP., Respondent, et al., Defendants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer and Cohn, JJ., dissent and vote to reverse and deny the motion to dismiss the complaint on the ground that the question of plaintiff's employment at the time of the accident presents an issue of fact.